**Order entered July 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00842-CR
No. 05-15-00843-CR
No. 05-14-00844-CR

**BRADLEY THOMAS CHANEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. MA13-13389-C, MA13-13390-C, MA13-13391-C**

## ORDER
Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandates in these appeals **INSTANTER**.


/s/     BILL WHITEHILL
       JUSTICE